# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| GILBERT McCORY, | ) | Case No.: ED CV-15-01567 JGB (DTBx) |
| Plaintiff, | ) | |
| | ) | **ORDER RE: DISMISSAL** |
| v. | ) | **WITH PREJUDICE** |
| | ) | |
| CITY OF SAN BERNARDINO, 1 through 10, | ) | |
| | ) | Hon. Jesus G. Bernal |
| Defendants. | ) | |
| _____ | ) | |

Before the Court is a Notice of Settlement and Joint Stipulation. The parties have reached settlement on all issues raised in this matter. The parties have fully performed their obligations under their settlement agreement. Having read and considered the parties stipulation, and good cause  appearing therefore, it is ordered as follows:  This case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated:  February 8, 2017

Hon. Jesus G. Bernal
United States District Judge